UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| **GUY YOUNG,** | : | (Under Seal) |
| **Defendant.** | : | |

## MOTION TO SEAL

The United States respectfully moves this Court to place under seal until further notice of the Court, the Indictment, the Motion to Seal and the Court's order to seal. In support thereof, the following is shown:

The Indictment is the result of a long-term investigation conducted by MPD of several significant, narcotics traffickers. As part of the investigation, MPD was assisted by a confidential informant who is associated with the narcotics traffickers. In furtherance of the investigation, MPD is planning to execute search and seizure warrants at various locations and attempt to arrest the charged individual on the bench warrant issued in connection with the Indictment. In order to ensure the safety of the officers and the cooperating witness and to maximize the success of the investigation, the government respectfully requests that the Court grant the government's motion. See Washington Post v. Robinson, 935 F.2d 282, 289 (D.C. Cir. 1991).

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

_____
ANN PETALAS
Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4211
Washington, DC  20530
(202) 307-0476