UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) |
| | )   Cr. No. 06-143 |
| **GUY YOUNG,** | ) |
| | ) |
| **Defendant.** | ) |

**NOTICE OF CHANGE**

The Office of the Federal Public Defender respectfully advises the Court that Nathan Silvers, Esq., assumed responsibility for the defense of Mr. Young in the above-captioned case.

Mr. Young's case had previously been assigned to Assistant Federal Public Defender Danielle Courtney Jahn.

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
DANIELLE COURTNEY JAHN
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500