UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
)  Crim. No. 06-143 (ESH)
)
versus )
)
Guy Young, )
_____Defendant_____)

NOTICE OF APPEARANCE

The clerk of the Court will please note the entry of my appearance on behalf of defendant Guy Young under the Criminal Justice Act.

Respectfully submitted,

NATHAN I. SILVER/#944314
Attorney for Guy Young

P.O. Box 5757
Bethesda, MD 20824-5757
(301) 229-0189 (fax and voice calls)
email: NISquire@aol.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served via electronic transmission upon the following this 19th day of June, 2006: Ann Petalas, Esq., U.S. Attorney's Office, Narcotics and Gang Prosecution (U.S. District Court), 555 4th Street NW, Washington DC 20530.

_____
*Nathan I. Silver*

1