UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Criminal No.   06-143 ( ESH ) |
| **v.** | : | |
| **GUY YOUNG** | : | |
| **Defendant.** | : | |

## ORDER

WHEREUPON, having considered the United States' Motion To Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b), any opposition thereto, and the entire record, it is hereby

## ORDERED

That the United States' motion hereby is and is **GRANTED**.

_____        _____
DATE                                                               UNITED STATES DISTRICT COURT JUDGE