UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** :
: **No. 1:06-cr-143-ESH**
 **v.** :
:
**GUY YOUNG** :

Government's Notice of Assignment and Substitution of Counsel

    The United States of America, by and through the United States Attorney for the District of Columbia, hereby gives notice to the Court that the above matter is now assigned to Assistant U.S. Attorney Michael C. Liebman, michael.liebman@usdoj.gov, and that AUSA Liebman is substituting in as counsel for the government.

                      Respectfully submitted,

                      KENNETH L. WAINSTEIN
                      UNITED STATES ATTORNEY

      by: _____
          Michael C. Liebman
          Assistant United States Attorney
          D.C. Bar No. 479562
          555 Fourth Street, N.W., room 4231
          Washington, D.C.  20530
          353-2385