**UNITED STATES DISTRICT COURT**  
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

OCT 27 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 06-143 (ESH) |
| v. | |
| GUY YOUNG | |
| Defendant. | |

## PROFFER

The defendant, **GUY YOUNG**, agrees that if the Government were to go to trial on Count Four of the Indictment, the Government's evidence, as to the essential elements of the offense, would show:

On or about March 29, 2006, within the District of Columbia, GUY YOUNG went to the 4900 Block of Eads Street, Northeast, Washington, DC, for the purpose of selling 62 grams of cocaine base, also known as crack, to another person. Once in the area, the defendant met with that person in the front seat of a vehicle. The defendant knowingly and intentionally gave that person approximately 62 grams of crack cocaine in exchange for $1,800. The crack was subsequently analyzed by the DEA and determined to be 59.9 grams of cocaine base, also known as crack.

Respectfully submitted,

KENNETH L. WAINSTEIN  
UNITED STATES ATTORNEY  
D.C. Bar No. 451058

ANN H. PETALAS  
Assistant United States Attorney  
TX Bar No. 24012852  
555 Fourth Street, N.W., Room 4211  
Washington, DC 20530  
(202) 307-0476

## DEFENDANT'S ACCEPTANCE

I have read the foregoing Proffer of Evidence. I have discussed this proffer fully with my attorney, Nathan Silver. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 10/26/06

GUY YOUNG
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the two pages constituting the government's proffer of evidence. I have reviewed the entire proffer with my client and have discussed it with him fully. I concur in my client's agreement with and acceptance of this proffer.

Date: 10/26/06

NATHAN SILVER
Counsel for Guy Young