HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**MAR 29 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-06-143</u> |
| | : | |
| vs. | : | SSN: ____ |
| | : | |
| YOUNG, Guy | : | Disclosure Date: <u>January 22, 2007</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
( ✓ )  There are no material/factual inaccuracies therein, *but see attached.*
(   )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    2/5/07
Prosecuting Attorney                Date

**For the Defendant**
(CHECK APPROPRIATE BOX)
(   )  There are no material/factual inaccuracies therein.
(   )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____    _____  _____
Defendant          Date        Defense Counsel     Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **February 5, 2007**, to U.S. Probation Officer **Kelly Kraemer-Soares**, telephone number <u>(202) 565-1353</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Gennine A. Hagar, Chief
     United States Probation Officer

**Receipt and Acknowledgment**                                          Page 2

Sentencing date is incorrect. Correct date is 3/29/07, at 10:30 am.

Signed by: _[signature]_
(Defendant/Defense Attorney/AUSA)

Date: 2/5/07