✎AO 245___   Order Regarding Motion for Sentence Reduction
             Sheet 1

# UNITED STATES DISTRICT COURT
District of _____

|                          |                                           |
|--------------------------|-------------------------------------------|
| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) |

V.

GUY YOUNG

Case Number: CR 06-143 (ESH)
USM Number: 28656-016

**Date of Original Judgment:**   April 3, 2007
(Or Date of Last Amended Judgment)

Mary M. Petras
Defendant's Attorney

Upon motion of   X the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  X GRANTED and the defendant's previously imposed sentence of imprisonment of 121 months is reduced to <u>term of 120 months</u>.

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level: __29__          Amended Offense Level: __27__
   Criminal History Category: IV        Criminal History Category: __IV__
Previous Guideline Range: __121__ to __151__ months   Amended Guideline Range: __100__ to __125__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

_____          _____
        Date                             Signature of Judge

                                  _____
                                  Name and Title of Judge