AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Guy Young | ) | Case No: 06CR0143-01 |
| | ) | USM No: 28656-016 |
| Date of Previous Judgment: March 29, 2007 | ) | Mary M. Petras |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**FILED**

APR 1 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __121 months__ months is reduced to __120 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:      29           Amended Offense Level:    27
Criminal History Category:    IV          Criminal History Category:  IV
Previous Guideline Range: 121 to 151 months   Amended Guideline Range: 120 to 125 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
✗ Other (explain):   If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "Time Served" sentence.

**III. ADDITIONAL COMMENTS**

During the period of supervised release, the defendant is subject to placement in a Residential Re-entry Center (half-way house) for a period not to exceed 180 days at the discretion of the US Probation Office.

Except as provided above, all provisions of the judgment dated __4/3/07__ shall remain in effect.
**IT IS SO ORDERED.**
Order Date:   __4/14/08__

_Ellen S Huvelle_
Judge's signature

Effective Date: _____
(if different from order date)

_Ellen S. Huvelle, U.S. District Court Judge_
Printed name and title

